**Ella Stanley HOLLIDAY et al. v. UNITED STATES of America.**

No. 3066.

Circuit Court of Appeals, Tenth Circuit.

Oct. 10, 1944.

O. A. Cargill and James R. Eagleton, both of Oklahoma City, Okl., for appellants.

Curtis P. Harris, Sp. Atty., Department of Justice, of Washington, D. C., for appellee.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellants.

**Carola HUNTER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Robert HUNTER, Petitioner, v. SAME.**

No. 9763.

Circuit Court of Appeals, Sixth Circuit.

Oct. 18, 1944.

Writ of Certiorari Denied Jan. 2, 1945.

See 65 S.Ct. 432.

Hammond, Hoyt & Rand, of Youngstown, Ohio, for petitioners.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Rollin H. Transue, Helen R. Carloss, and S. Dee Hanson, all of Washington, D. C., for respondent.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

These consolidated causes were heard upon the transcript of record, briefs and arguments of counsel, and it appearing that there was substantial evidence to support the findings of fact and decisions of the Tax Court entered September 9, 1943, and that there is no reversible error upon the record, it is ordered, adjudged and decreed

that the decisions of the Tax Court herein sought to be reviewed, are in all things affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Morris SEIFER and Yetta Seifer, Individually and as Co-Partners, Doing Business as Ideal Leather Novelty Company, Respondents.**

No. 70.

Circuit Court of Appeals, Second Circuit.

Oct. 30, 1944.

Alvin J. Rockwell, Gen. Counsel, and Malcolm F. Halliday, Associate Gen. Counsel, both of Washington, D. C. (Peter J. Crotty, of Washington, D. C., of counsel), for petitioner.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Order of enforcement granted in open court.